No. 311. CAMPBELL, CIRCUIT CLERK AND REGISTRAR OF SUNFLOWER COUNTY, MISSISSIPPI, ET AL. *v.* HAMER ET AL. C. A. 5th Cir. Motion to dispense with printing respondents' brief in opposition granted. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Joe T. Patterson,* Attorney General of Mississippi, and *Will S. Wells* and *Peter M. Stockett, Jr.,* Assistant Attorneys General, for petitioners. *Morton Stavis* for respondents.

No. 321. McCULLOCH, AUDITOR OF POLK COUNTY, ET AL. *v.* KRUIDENIER ET AL. Sup. Ct. Iowa. Certiorari denied, it appearing that the judgment of the Supreme Court of Iowa rests upon an adequate state ground. *Lawrence F. Scalise,* Attorney General of Iowa, and *Timothy McCarthy,* Solicitor General, for petitioners. *David W. Belin* for respondents.

No. 392. H. K. PORTER CO., INC., DISSTON DIVISION-DANVILLE WORKS *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Donald C. Winson* and *Bartholomew A. Diggins* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Elliott Moore* for the National Labor Relations Board, and *Bernard Kleiman, Elliot Bredhoff* and *Michael Gottesman* for United Steelworkers of America, AFL-CIO, respondents.

No. 400. SAVERIO *v.* CARTER. Sup. Ct. Tenn. Motion to dispense with printing respondent's brief in opposition granted. Certiorari denied. *E. C. Yokley* for petitioner.